FILED: September 9, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1891
(2:25-cv-00617-AWA-LRL)

---

ADEN W. SCOTT, III; MARK C. DAVIS; EDWARD A. LANE; JEREMY M. POPE; CASEY BARDEN; JOHN HUDNALL; AMY L. HUTCHESON, Executrix of the Estate of James S. Hutcheson, deceased

Plaintiffs - Appellees

v.

3M COMPANY, f/k/a Minnesota Mining & Manufacturing Company

Defendant - Appellant

and

AGC CHEMICALS AMERICAS, INC.; ARCHROMA U.S., INC.; ARKEMA, INC.; BLUE RIDGE RESCUE SUPPLIERS, INC.; BRADSDEN SOLUTIONS, INC.; DAIKIN AMERICA, INC.; E.I. DUPONT DE NEMOURS & COMPAN, a/k/a EDIP, Inc.; GLOBE MANUFACTURING COMPANY, LLC; HONEYWELL INTERNATIONAL, INC.; HONEYWELL SAFETY PRODUCTS USA, INC.; LION GROUP, INC.; MALLORY SAFETY & SUPPLY LLC; MSA SAFETY SALES, LLC; MSA SAFETY, INC.; MUNICIPAL EMERGENCY SERVICES, INC.; PBI PERFORMANCE PRODUCTS, INC.; STEDFAST USA INC.; TENCATE PROTECTIVE FABRICS USA, d/b/a Southern Mills, Inc.; THE CHEMOURS COMPANY, LLC; W.L. GORE & ASSOCIATES, INC.

Defendants

## O R D E R

The court extends the briefing schedule as follows:

Joint appendix due: 11/06/2026

Opening brief due: 11/06/2026

Response brief due: 01/07/2027

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk